THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
    ROBERT A. ORTIZ, Senior Deputy (State Bar No. 246849)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Armin Vianzon and Jeffrey Perine

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Mark Roshawn Adkins, by and through his successor-in-interest Collette Adkins; Collette Adkins individually and in her capacity as successor-in-interest,<br><br>    Plaintiffs,<br><br>v.<br><br>County of San Diego; William Gore, individually and in his official capacity; SDCSD Corporal Armin Vianzon, individually and in his official capacity; SDCSD Deputy Jeffrey Perine, individually and in his official capacity; and Does 1-20 individually and in their official capacities, inclusive,<br><br>    Defendants. | No. 18-cv-00371-H-MDD<br><br>NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT<br><br>Date: June 3, 2019<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>Judge: Honorable Marilyn L. Huff<br><br>NO ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that on June 3, 2019, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Marilyn L. Huff, United States District Judge, located at 333 W. Broadway, San Diego, CA 92101, Defendants

///

County of San Diego ("County"), Sheriff William Gore, Corporal Armin Vianzon and Deputy Jeffrey Perine (collectively, "Defendants") will move the Court for summary judgment, or in the alternative, summary adjudication on the grounds that they are entitled to judgment as a matter of law because:

1. Defendants' actions on May 20, 2017 are shielded by qualified immunity because no clearly established law at the time provided notice that their actions were clearly unconstitutional.

2. Defendant's actions on May 2017 were lawful and objectively reasonable under the circumstances.

3. Plaintiffs' municipal federal civil rights claims fail as a matter of law.

4. Defendants are immune from liability as to Plaintiffs' state law claims because the deputies' conduct was lawful and objectively reasonable under the circumstances.

5. The County cannot be liable for any of Plaintiffs' state law claims because the deputies are immune and not liable for such claims.

6. Summary adjudication is proper on the issue of whether Defendants' conduct was a substantial factor in causing Adkins' death.

7 Summary adjudication is proper as to the "First Tasering" because Plaintiffs do not allege unlawful conduct by any Defendant.

This motion will be based on this notice, the accompanying memorandum of points and authorities, the declarations of Richard J. Geller, M.D., Gary M. Vilke, M.D., Mitul Patel, M.D., Steven C. Campman, Jeffrey A. Martin, Deputy Jeffrey Perine, Corporal Armin Vianzon, and Shawn Choi, the Notice of Lodgment, as well as all pleadings and papers on file in this action.

DATED: May 6, 2019                THOMAS E. MONTGOMERY, County Counsel

By: s/MELISSA M. HOLMES, Senior Deputy
Attorneys for Defendants County of San Diego,
William Gore, Armin Vianzon and Jeffrey Perine
E-mail: melissa.holmes@sdcounty.ca.gov